IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FREDERIC P. ZOTOS, and, <br><br> COMMONWEALTH OF MASSACHUSETTS, ex rel. FREDERIC P. ZOTOS, <br><br>          Plaintiffs, <br><br> v. <br><br> TOWN OF HINGHAM, Massachusetts, <br><br> ROGER FERNANDEZ, individually and as former Town Engineer, Town of Hingham, <br><br> TOM MAYO, individually, and as Town Administrator, Town of Hingham, <br><br> TED C. ALEXIADES, individually, and as former Town Administrator, former Town Accountant/Finance Director, Town of Hingham, <br><br> KEVIN PAICOS, individually, and as former Town Administrator, Town of Hingham, <br><br> SUSAN NICKERSON, individually, and as Town Accountant, Town of Hingham, <br><br>          Defendants. | CIVIL ACTION NO. 1:19-CV-12002-NMG |

**DEFENDANTS'**
**JOINT MOTION TO DISMISS**

NOW COME the Defendants the Town of Hingham, Roger Fernandez, Tom Mayo, Ted C.

Alexiades, Kevin Paicos, and Susan Nickerson (collectively, the "Defendants"), and jointly submit

this Motion to Dismiss claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and

1

request that this Honorable Court dismiss the Plaintiff's Complaint in its entirety.  Defendants

submit herewith a *Memorandum in Support of Defendants' Joint Motion to Dismiss.*

<div style="margin-left:50%">

DEFENDANTS TOWN OF HINGHAM,
MASSACHUSETTS, TOM MAYO, and
SUSAN NICKERSON
By their attorney:

  */s/ Kerry T. Ryan*
Kerry T. Ryan, BBO # 632615
Bogle, DeAscentis & Coughlin, P.C.
25 Foster Street, 1st Floor
Quincy, MA 02169
Phone: 617-845-5473
Fax: 617-481-4277
ktr@b-dlaw.com

DEFENDANTS ROGER FERNANDES,
TED C. ALEXIADES, and KEVIN PAICOS
By their attorney:

  */s/ Joseph A. Padolsky*
Douglas I. Louison, BBO # 545191
dlouison@lccplaw.com
Joseph A. Padolsky, BBO # 679725
jpadolsky@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer St.
Boston, MA  02110
(617) 439-0305

</div>

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)2

Pursuant to Local Rule 7.1(A)(2), counsel for the Defendants, Town of Hingham, Roger Fernandez, Tom Mayo, Ted C. Alexiades, Kevin Paicos, and Susan Nickerson, certify that they have conferred with counsel Frederic P. Zotos by email and on a telephone conference and attempted in good faith to resolve or narrow the issues in this motion.

*/s/ Joseph A. Padolsky*

Joseph A. Padolsky

## CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

/s/ Joseph A. Padolsky
Joseph A. Padolsky

Dated: September 9, 2022